# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

FILED
SEP 0 6 2013
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
      DEPUTY CLERK

| | | |
|---|---|---|
| DOUGLAS J. BRICKLEY, Trustee for the CryptoMetrics, Inc. Creditors' Trust, Plaintiff, | § § § § § | |
| v. | § § § | Cause No. SA-13-MC-00336-OLG |
| SCANTECH IDENTIFICATIONS BEAM SYSTEMS, LLC, et al., Defendants. | § § § § § | Bankruptcy No. 10-53622 Adversary No. 12-05115 |

## ORDER GRANTING SCANTECH INDENTIFICATION BEAM SYSTEMS, LLC'S MOTION TO WITHDRAW THE REFERENCE

Currently pending before the Court is the Motion to Withdraw the Reference (docket no. 2) filed by Defendant, ScanTech Identification Beam Systems, LLC. The Court has considered the motion, the parties' briefings, and the applicable law. Finding the motion to have merit, the Court is of the opinion that it should be, in all things, GRANTED.

Accordingly, it is hereby ORDERED that the Motion to Withdraw the Reference (docket no. 2) is GRANTED and that the reference to the Bankruptcy Court of the Adversary Proceeding No. 12-05115 is WITHDRAWN. It is further ORDERED that the Bankruptcy Clerk's Office shall deliver all documents relating to Adversary Proceeding 12-05115 to the Clerk of the Court, United States District Court for the Western District of Texas, who will subsequently assign a case number and randomly assign this action to a United States District Judge.

SIGNED this _6_ day of _Sept._, 2013.

_____
United States District Judge Orlando L. Garcia

1